**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

CHARLES LEE SLACK *et al.*                                                                                          PLAINTIFFS

ADC #157298

V.                                                    4:14CV00225 JM

RANDY MURRY                                                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for failure comply with the Court's order.

2. All pending motions are DENIED.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE